BRANDYE N. FOREMAN
State Bar No. 277110
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 Phone
(972) 661-7726 Fax
ndcaecf@bdfgroup.com

Attorneys for Secured Creditor
WELLS FARGO BANK, N.A.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 16-10292 |
| WILFRED DACUYCUY and REMEDIOS DACUYCUY, | Chapter 13 |
| | **OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN** |
| Debtor(s). | CONFIRMATION HEARING: |
| | DATE: August 17, 2016 |
| | TIME: 1:30 PM |
| | CTRM: Santa Rosa - Jaroslovsky |

WELLS FARGO BANK, N.A. ("Wells Fargo" or "Secured Creditor") hereby objects to confirmation of the Debtors' First Amended Chapter 13 Plan filed on July 12, 2016 (the "Plan") based on the following:

1. Secured Creditor holds a secured claim evidenced by a promissory note in the original principal sum of $677,200.00 executed by Wilfred Dacuycuy and Remedios Dacuycuy ("Debtors") on or about January 24, 2007, collateralized by a first priority deed of trust encumbering

the real property commonly known as 22 Via Bellagio, American Canyon, CA 94503-1422 ("Property") and recorded as Instrument No. 2007-0004955, Official Records of Napa County, California.

2. Per Debtors' own admission, the Property is their principal residence. *See* Debtor's Bankruptcy Petition, Schedules A and D.

3. As of the petition date, the total due and owing to Secured Creditor is $562,159.79 and the pre-petition arrears total $95,569.17. A true and correct copy of Wells Fargo's filed proof of claim is attached as Exhibit 1.

4. Debtors' Plan provides for Wells Fargo's claim in Class 1, proposing to pay $79,000.00 in pre-petition arrears to be cured at $1,385.96 per month with payments commencing September 2016. Debtors are to make all post-petition payments directly to Secured Creditor.

5. The Debtor's Plan does not provide for the full pre-petition arrears owed to Secured Creditor. As the Plan does not provide for the cure of the pre-petition arrearages owed, it does not satisfy §1322(b)(5).

6. In order to cure Secured Creditor's pre-petition arrears, the Debtors' Plan payment must be at least $1,592.81 for 60 months (not including the increase in the Trustee's fees). However, Debtors' schedules I and J indicate that Debtor has disposable monthly income of only $1,036.16. Based on the Debtors' Schedules, they are not able to propose a feasible plan that will cure the arrearage to Wells Fargo.

Wherefore, based on the foregoing, Secured Creditor respectfully requests that the Court deny confirmation of the Debtor's Chapter 13 Plan.

DATED: August 10, 2016          Respectfully Submitted,

         BARRETT DAFFIN FRAPPIER TREDER
         & WEISS, LLP

         */s/ Brandye N. Foreman*
         BRANDYE N. FOREMAN
         Attorneys for Secured Creditor

# Exhibit "1"

Case: 16-10292    Doc# 27    Filed: 08/10/16    Entered: 08/10/16 16:04:45    Page 3 of 10

Fill in this information to identify the case:

Debtor 1 WILFRED DACUYCUY

Debtor 2 REMEDIOS DACUYCUY
(Spouse, if filing)

United States Bankruptcy Court for the: Northern       District of California
                                                                  (State)
Case number 16-10292-AJ-13

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

---

### Part 1: Identify the Claim

**1. Who is the current creditor?**

WELLS FARGO BANK, N.A.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

[X] No.
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

WELLS FARGO BANK, N.A.
Name
DEFAULT DOCUMENT PROCESSING MAC#N9286-01Y
1000 BLUE GENTIAN ROAD
Number    Street
EAGAN, MN 55121-7700
City           State        ZIP Code

Contact phone (800) 274-7025
Contact email POCNOTIFICATIONS@WELLSFARGO.COM

Where should payments to the creditor be sent? (if different)

WELLS FARGO BANK, N.A.
Name
ATTN: PMT PROCESSING MAC # X2302-04C
1 HOME CAMPUS
Number    Street
DES MOINES, IA 50328
City           State        ZIP Code

Contact phone (800) 274-7025
Contact email POCNOTIFICATIONS@WELLSFARGO.COM

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

W F C M G E 1 6 1 0 2 9 2 C A N 0 9 5 5 9 7 8 4

**4. Does this claim amend one already filed?**

[X] No.
[ ] Yes. Claim number on court claims registry (if known) _____     Filed on _____
                                                                                                MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

[X] No.
[ ] Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No.
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9 7 8 4

**7. How much is the claim?** $ 562,159.79 . Does this amount include interest or other charges?

☐ No.
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

MONEY LOANED

**9. Is all or part of the claim secured?**

☐ No.
☒ Yes. The claim is secured by a lien on property.

**Nature of property:**

☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: 22 VIA BELLAGIO, AMERICAN CANYON, CA 94503-1422

**Basis for perfection:** Recorded Mortgage/Deed of Trust

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $ 562,159.79
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ 95,569.17

**Annual Interest Rate** (when case was filed) 6.500 %
☒ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No.
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☒ No.
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No. | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date __07/29/2016_____

/s/ BRANDYE N. FOREMAN
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | BRANDYE N. FOREMAN | | |
| | First name | Middle name | Last name |
| Title | ATTORNEY FOR SECURED CREDITOR | | |
| Company | BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 20955 PATHFINDER ROAD SUITE 300 | | |
| | Number  Street | | |
| | DIAMOND BAR, CA  91765 | | |
| | City | State | ZIP Code |
| Contact phone | (626) 915-5714 | Email | NDCAECF@BDFGROUP.COM |

# Mortgage Proof of Claim Attachment (12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

## Part 1: Mortgage and Case Information

| | |
|---|---|
| Case number: | 1610292 |
| Debtor 1: | Wilfred Dacuycuy |
| Debtor 2: | Remedios Dacuycuy |
| Last 4 digits to identify: | 9784 |
| Creditor: | Wells Fargo Bank, N.A. |
| Servicer: | N/A |
| Fixed accrual/daily simple interest/other: | Fixed Accrual |

## Part 2: Total Debt Calculation

| | |
|---|---|
| Principal balance: | 562,159.79 |
| Interest due: | 72,289.73 |
| Fees, costs due: | 1,570.00 |
| Escrow deficiency for funds advanced: | 19,872.76 |
| Other: | 0.00 |
| Less total funds on hand: | – 0.00 |
| Total debt: | 655,892.28 |

*Not to be used for payoff purposes

## Part 3: Arrearage as of Date of the Petition

| | |
|---|---|
| Principal & interest due: | 562,159.79 |
| Prepetition fees due: | 72,289.73 |
| Escrow deficiency for funds advanced: | 1,570.00 |
| Projected escrow shortage: | 19,872.76 |
| Other: | 0.00 |
| Less funds on hand: | – 0.00 |
| Total prepetition arrearage: | 95,569.17 |

## Part 4: Monthly Mortgage Payment

| | |
|---|---|
| Principal & interest: | 3,425.16 |
| Monthly escrow: | 555.36 |
| Private mortgage insurance: | 0.00 |
| Optional Products: | 0.00 |
| Total monthly payment: | 3,980.52 |

*Additional changes to the monthly payment amount may be required because interest rate adjustments or escrow requirement changes.

## Part 5: Loan Payment History from First Date of Default

| | | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Contractual Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
| 11/15/2013 | | | | Beginning Balances | | 0.00 | | | | | | 562,162.96 | | 0.00 | 444.62 | 0.00 |
| 11/15/2013 | 2,918.54 | | | Monthly payment | 11/15/2013 | 2,918.54 | | | | | | 562,162.96 | | 0.00 | 444.62 | 0.00 |
| 11/20/2013 | | | 2,895.29 | County tax disbursement | 11/15/2013 | 2,918.54 | 0.00 | 0.00 | 0.00 | -2,895.29 | | 562,162.96 | | 0.00 | -2,450.67 | 0.00 |
| 12/15/2013 | 2,918.54 | | | Monthly payment | 11/15/2013 | 5,837.08 | | | | | | 562,162.96 | | 0.00 | -2,450.67 | 0.00 |
| 12/31/2013 | | 0.46 | | Interest on Escrow deposit | 11/15/2013 | 5,837.08 | 0.00 | 0.00 | 0.00 | 0.46 | | 562,162.96 | | 0.00 | -2,450.21 | 0.00 |
| 01/15/2014 | 2,824.54 | | | Monthly payment | 11/15/2013 | 8,661.62 | | | | | | 562,162.96 | | 0.00 | -2,450.21 | 0.00 |
| 01/30/2014 | | 2,918.54 | | Payment | 11/15/2013 | 8,661.62 | 0.00 | 0.00 | 0.00 | 0.00 | 2,918.54 | 562,162.96 | | 0.00 | -2,450.21 | 2,918.54 |
| 01/30/2014 | | 0.00 | | Payment | 11/15/2013 | 5,743.08 | 1.58 | 2,272.08 | 644.88 | | -2,918.54 | 562,161.38 | | 0.00 | -1,805.33 | 0.00 |
| 02/15/2014 | 2,824.54 | | | Monthly payment | 12/15/2013 | 8,567.62 | | | | | | 562,161.38 | | 0.00 | -1,805.33 | 0.00 |
| 02/25/2014 | | 2,918.54 | | Payment | 12/15/2013 | 8,567.62 | 0.00 | 0.00 | 0.00 | 0.00 | 2,918.54 | 562,161.38 | | 0.00 | -1,805.33 | 2,918.54 |
| 02/25/2014 | | 0.00 | | Payment | 12/15/2013 | 5,649.08 | 1.59 | 2,272.07 | 644.88 | | -2,918.54 | 562,159.79 | | 0.00 | -1,160.45 | 0.00 |
| 03/15/2014 | 2,824.54 | | | Monthly payment | 01/15/2014 | 8,473.62 | | | | | | 562,159.79 | | 0.00 | -1,160.45 | 0.00 |
| 03/19/2014 | | | 2,895.29 | County tax disbursement | 01/15/2014 | 8,473.62 | 0.00 | 0.00 | 0.00 | -2,895.29 | | 562,159.79 | | 0.00 | -4,055.74 | 0.00 |

Case 16-10292 Doc 74 Filed 08/10/16 Entered 08/10/16 10:04:45 Page 7 of 10

# Mortgage Proof of Claim Attachment: Additional Page (12/15)

Case number: 1610292
Debtor 1: Wilfred Dacuycuy

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/2014 | 2,824.54 | | | Monthly payment | 01/15/2014 | 11,298.16 | | | | | | 562,159.79 | 0.00 | -4,055.74 | 0.00 | 0.00 |
| 05/15/2014 | 2,829.02 | | | Monthly payment | 01/15/2014 | 14,127.18 | | | | | | 562,159.79 | 0.00 | -4,055.74 | 0.00 | 0.00 |
| 05/20/2014 | | | 801.03 | Hazard Insurance Disbursement | 01/15/2014 | 14,127.18 | | 0.00 | 0.00 | -801.03 | | 562,159.79 | 0.00 | -4,856.77 | 0.00 | 0.00 |
| 06/15/2014 | 2,829.02 | | | Monthly payment | 01/15/2014 | 16,956.20 | | | | | | 562,159.79 | 0.00 | -4,856.77 | 0.00 | 0.00 |
| 07/15/2014 | 2,829.02 | | | Monthly payment | 01/15/2014 | 19,785.22 | | | | | | 562,159.79 | 0.00 | -4,856.77 | 0.00 | 0.00 |
| 08/15/2014 | 3,063.41 | | | Monthly payment | 01/15/2014 | 22,848.63 | | | | | | 562,159.79 | 0.00 | -4,856.77 | 0.00 | 0.00 |
| 09/15/2014 | 3,063.41 | | | Monthly payment | 01/15/2014 | 25,912.04 | | | | | | 562,159.79 | 0.00 | -4,856.77 | 0.00 | 0.00 |
| 10/15/2014 | 3,063.41 | | | Monthly payment | 01/15/2014 | 28,975.45 | | | | | | 562,159.79 | 0.00 | -4,856.77 | 0.00 | 0.00 |
| 11/06/2014 | | | 3,230.37 | County tax disbursement | 01/15/2014 | 28,975.45 | | 0.00 | 0.00 | -3,230.37 | | 562,159.79 | 0.00 | -8,087.14 | 0.00 | 0.00 |
| 11/15/2014 | 3,063.41 | | | Monthly payment | 01/15/2014 | 32,038.86 | | | | | | 562,159.79 | 0.00 | -8,087.14 | 0.00 | 0.00 |
| 12/15/2014 | 3,063.41 | | | Monthly payment | 01/15/2014 | 35,102.27 | | | | | | 562,159.79 | 0.00 | -8,087.14 | 0.00 | 0.00 |
| 01/15/2015 | 3,063.41 | | | Monthly payment | 01/15/2014 | 38,165.68 | | | | | | 562,159.79 | 0.00 | -8,087.14 | 0.00 | 0.00 |
| 02/15/2015 | 3,063.41 | | | Monthly payment | 01/15/2014 | 41,229.09 | | | | | | 562,159.79 | 0.00 | -8,087.14 | 0.00 | 0.00 |
| 03/02/2015 | | | 3,230.37 | County tax disbursement | 01/15/2014 | 41,229.09 | | 0.00 | 0.00 | -3,230.37 | | 562,159.79 | 0.00 | -11,317.51 | 0.00 | 0.00 |
| 03/02/2015 | | | 125.40 | Late Charge | 01/15/2014 | 41,229.09 | | | | | 125.40 | 562,159.79 | 0.00 | -11,317.51 | 125.40 | 0.00 |
| 03/03/2015 | | | -125.40 | Late Charge | 01/15/2014 | 41,229.09 | | | | | -125.40 | 562,159.79 | 0.00 | -11,317.51 | 0.00 | 0.00 |
| 03/15/2015 | 3,063.41 | | | Monthly payment | 01/15/2014 | 44,292.50 | | | | | | 562,159.79 | 0.00 | -11,317.51 | 0.00 | 0.00 |
| 04/15/2015 | 3,063.41 | | | Monthly payment | 01/15/2014 | 47,355.91 | | | | | | 562,159.79 | 0.00 | -11,317.51 | 0.00 | 0.00 |
| 05/15/2015 | 3,063.41 | | | Monthly payment | 01/15/2014 | 50,419.32 | | | | | | 562,159.79 | 0.00 | -11,317.51 | 0.00 | 0.00 |
| 05/20/2015 | | | 845.95 | Hazard Insurance Disbursement | 01/15/2014 | 50,419.32 | | 0.00 | 0.00 | -845.95 | | 562,159.79 | 0.00 | -12,163.46 | 0.00 | 0.00 |
| 06/15/2015 | 3,063.41 | | | Monthly payment | 01/15/2014 | 53,482.73 | | | | | | 562,159.79 | 0.00 | -12,163.46 | 0.00 | 0.00 |
| 07/15/2015 | 3,063.41 | | | Monthly payment | 01/15/2014 | 56,546.14 | | | | | | 562,159.79 | 0.00 | -12,163.46 | 0.00 | 0.00 |

Case 16-10292 Doc 27-4 Filed 08/10/16 Desc 08/10/16 16:04:45 Page 8 of 10

Case number: 1610292

Debtor 1: Wilfred Dacuycuy

**Part 5: Loan Payment History from First Date of Default**

| | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | | M. | N. | O. | P. | Q. |
| Date | Contractual payment amount | Funds received | Amount incurred | Description | Contractual due date | Contractual Prin, int & esc past due balance | Amount to principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds | | Principal balance | Accrued interest balance | Escrow balance | Fees / Charges balance | Unapplied funds balance |
| 08/15/2015 | 3,980.52 | | | Monthly payment | 01/15/2014 | 60,526.66 | | | | | | | 562,159.79 | | 0.00 | -12,163.46 | 0.00 | 0.00 |
| 09/08/2015 | | | | 845.00 Attorney costs (Other) | 01/15/2014 | 60,526.66 | | | | | 845.00 | | 562,159.79 | | 0.00 | -12,163.46 | 845.00 | 0.00 |
| 09/08/2015 | | | | 725.00 Attorney's fees | 01/15/2014 | 60,526.66 | | | | | 725.00 | | 562,159.79 | | 0.00 | -12,163.46 | 1,570.00 | 0.00 |
| 09/15/2015 | 3,980.52 | | | Monthly payment | 01/15/2014 | 64,507.18 | | | | | | | 562,159.79 | | 0.00 | -12,163.46 | 1,570.00 | 0.00 |
| 10/15/2015 | 3,980.52 | | | Monthly payment | 01/15/2014 | 68,487.70 | | | | | | | 562,159.79 | | 0.00 | -12,163.46 | 1,570.00 | 0.00 |
| 11/15/2015 | 3,980.52 | | | Monthly payment | 01/15/2014 | 72,468.22 | | | | | | | 562,159.79 | | 0.00 | -12,163.46 | 1,570.00 | 0.00 |
| 11/17/2015 | | | 3,854.65 | County tax disbursement | 01/15/2014 | 72,468.22 | | 0.00 | 0.00 | -3,854.65 | | 0.00 | 562,159.79 | | 0.00 | -16,018.11 | 1,570.00 | 0.00 |
| 12/15/2015 | 3,980.52 | | | Monthly payment | 01/15/2014 | 76,448.74 | | | | | | | 562,159.79 | | 0.00 | -16,018.11 | 1,570.00 | 0.00 |
| 01/15/2016 | 3,980.52 | | | Monthly payment | 01/15/2014 | 80,429.26 | | | | | | | 562,159.79 | | 0.00 | -16,018.11 | 1,570.00 | 0.00 |
| 02/15/2016 | 3,980.52 | | | Monthly payment | 01/15/2014 | 84,409.78 | | | | | | | 562,159.79 | | 0.00 | -16,018.11 | 1,570.00 | 0.00 |
| 03/15/2016 | 3,980.52 | | | Monthly payment | 01/15/2014 | 88,390.30 | | | | | | | 562,159.79 | | 0.00 | -16,018.11 | 1,570.00 | 0.00 |
| 03/16/2016 | | | 3,854.65 | County tax disbursement | 01/15/2014 | 88,390.30 | | 0.00 | 0.00 | -3,854.65 | | 0.00 | 562,159.79 | | 0.00 | -19,872.76 | 1,570.00 | 0.00 |
| 04/05/2016 | | | | Bankruptcy Filed | 01/15/2014 | 88,390.30 | | | | | | | 562,159.79 | | 0.00 | -19,872.76 | 1,570.00 | 0.00 |

Case 16-02092 Doc 27-4 Filed 06/29/16 Entered 08/10/16 16:04:45 Page 9 of 10

## Addendum Page

Basis for asserting that the applicable party has the right to foreclose: Debtor(s) executed a promissory note secured by a mortgage, deed of trust, or security deed. The Promissory note is either made payable to creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage, deed of trust, or security deed.

### Additional Disclaimers (where applicable)

### 410

**Part 2:** Question 9-Describe contains the property address and may contain a description for "Other".

### 410A

**Part 1:**

Full creditor name cannot be displayed due to space limitation, see 410 part 1.1 for full name.

**Part 2:**

Principal Balance is from Part 5, Column M as of the Bankruptcy File Date.

Interest Due is the interest due as of the Bankruptcy File Date.

Fees, costs due is from Part 5, Column P as of the Bankruptcy File Date and includes any outstanding fees (i.e. late charges, property inspections) and cost (i.e. attorney costs), also included are corporate advances (i.e. tax, insurance) for non-escrowed loans as of the Bankruptcy File Date. Any fees, costs due that are incurred pre-petition and waived post-petition will not be included.

Escrow deficiency for funds advanced is from Part 5, Column O (if negative balance) as of the Bankruptcy File Date.

Other includes any applicable Private Mortgage Insurance, other Optional Products (i.e. A & H, Life) or Deferred Interest, where applicable, due as of the Bankruptcy File Date. This line was added to ensure transparency.

Less Total Funds on hand is the total of Part 5, Column O (if positive balance) and Q as of the Bankruptcy File Date.

Total Debt not to be used for payoff purposes.

**Part 3:**

Principal and Interest is the principal and interest portion of Part 5, Column G, as of the Bankruptcy File Date. (If post-petition payments are included as required by Local Rule or practice, this field will include post-petition principal and interest amounts).

Pre-Petition Fees Due is from Part 5, Column P as of the Bankruptcy File Date. Any fees, costs due that are incurred pre-petition and waived post-petition will not be included.

Escrow Deficiency for Funds Advanced is from Part 5, Column O (if negative balance) as of the Bankruptcy File Date.

Projected Escrow Shortage is the Escrow Required from the escrow analysis minus a positive escrow balance as of the Bankruptcy File Date. (If post-petition payments are included as required by Local Rule or practice, this field will include post-petition escrow amounts).

Other includes any applicable Optional Products (i.e. A & H, Life) due as of the bankruptcy file date. This line was added to ensure transparency. (If post-petition payments are included as required by Local Rule or practice, this field will include post-petition Optional Product amounts).

Less Funds on Hand is from Part 5, column Q as of the Bankruptcy File Date.

**Part 4:**

Optional Products includes any applicable optional products (i.e. A & H, Life) due as of the Bankruptcy File Date. This line was added to ensure transparency.

(*)This disclaimer has been added to the form to explain that the monthly payment amount may change periodically throughout the life of the loan.

**Part 5:**

If any of the transactions in the loan payment history contain amounts for optional products, the amount for that product will be reflected in either the Contractual payment amount or the Funds Received amount, and will be applied in those amounts. It will also be reflected in column G as described below.

Column G In addition to the items listed, this also includes any past due PMI or optional products (i.e. A & H, Life) amounts, as applicable. Optional product (i.e. A & H, Life) amounts will not be included in columns H-Q due to no appropriate column heading for this type of transaction.

Column J includes taxes, insurance and MIP/PMI as applicable.

Column N will only be populated if the loan is Daily Simple Interest or if Deferred Interest exists on the account.

Column O includes taxes, insurance and MIP/PMI as applicable.